# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                            Criminal No. 08-211 (RHK/JJK)

                                    Plaintiff,        **ORDER FOR EXTENSION OF**
        v.                                            **TIME TO FILE OBJECTIONS**
                                                      **AND POSITION PLEADINGS**

James Gene Furqueron,

                                    Defendant.

---

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by March 9, 2009; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by March 16, 2009.

There will be no further extensions.


Dated: February 11, 2009          s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge